THIRD DEPARTMENT, JUNE, 1994

(June 2, 1994)

■ In the Matter of the Claim of CLARENCE SCOTT, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [615 NYS2d 293] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 8, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

The record contains substantial evidence to support the Board's determination that claimant was discharged for misconduct from his position as a freezer clerk for a wholesale food distributor. Claimant was terminated because of repeated absences and failure to call in and report his absences, despite prior warnings. Significantly, the Board was free to disbelieve claimant's explanation of his conduct and to credit the testimony of the employer's witness.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAMEL JOHNSON, Appellant. [615 NYS2d 303] —Appeal from a judgment of the County Court of Washington County (Berke, J.), rendered September 18, 1992, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Defendant pleaded guilty to attempted promoting prison contraband in the first degree and was sentenced as a second felony offender to a term of imprisonment of 1½ to 3 years. We find that, although at sentencing defendant initially indicated a desire to move to withdraw his guilty plea, he ultimately failed to make such a motion. In any event, County Court afforded defendant a reasonable opportunity to state his possible basis for such a motion and, given that the record of the plea proceeding establishes that the plea was voluntary, knowing and intelligent, we conclude that there would have been no abuse of discretion in a denial of the motion. We also conclude that defendant's right to the effective assistance of counsel has been satisfied.

Mercure, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.